DAVE JACKLEY
P.O. BOX 27715
PROVIDENCE,
R.I. 02907

U.S. DISTRICT COURT
KENNEDY PLAZA
PROVIDENCE,
R.I. 02903

CA 07-093ML

DEAR SIR,

I AM WRITING THIS LETTER IN REGARDS TO LETTER I RECEIVED FROM INS (DHS) ON 1/26/07 DENYING ME OF BECOMING A UNITED STATES CITIZEN. LETTER OF DENIAL IS INCLUDED IN THIS PACKAGE. I AM ASKING THE COURT TO REVIEW MY LETTER AND PLEASE GRANT ME CITIZENSHIP. INS CLAIMS I SHOWS NO GOOD MORALS CHARACTERS AND GAVE FALSE TESTIMONIES. THESE ARE JUST ENGLISH BARRELS AND SOMETIMES MISUNDERSTANDING OF SOME QUESTION(S) ASKED MY THE INTERVIEWER.

I AM A PERSON WITH GOOD MORAL CHARACTER IN THE UNITED STATES AND IN MY LIBERIAN COMMUNITY. I WAS A SCHOOL TEACHER, SOCCER PLAYER, MEMBER OF "DARE", MARRIED, I ALSO CLAIM TO BE A ROLE MODEL FOR YOUNG ADULTS GROWING IN OUR COMMUNITY. I AM ALSO A CANDIDATE FOR A MASTERS

PROGRAM AT THE SALVE REGINA UNIVERSITY AT NEWPORT, RHODE ISLAND. I WORKS FOR THE STATE OF RHODE ISLAND AS A BEHAVIORAL SPECIALIST IN THE FORENSIC UNIT AT THE PANEL BUILDING.

I AM ASKING THE COURT TO DO A BACKGROUND CHECK ON ME WHICH I'VE ALWAYS BEEN A PERSON WHO WORKS, PROVIDE FOR MY FAMILY, HELP PEOPLE ACCOMPLISH THEIR GOALS, GIVE TO UNITED WAY, HELP THE POOR AND STRICTLY ABIDE BY THE LAW OF THIS GREAT LAND GOD HAS BLESSED FOR ME TO BE A PART OF. AS I SAID, THESE MISTAKES ABOUT MY SON AND ALSO SAYING NO TO SOME QUESTIONS AND MISTAKES THAT I PROBABLY DIDN'T UNDERSTAND THE QUESTIONS OR PERHAPS ANSWER NO AND REALIZED MY MISTAKES.

IN CONCLUSION, I AM ASKING THE COURT TO PLEASE RECONSIDER INS (DHS) DECISION. I AM SORRY FOR WHAT EVER MISTAKES I MADE IN THE PAST. I WILL BE PROUD TO BE A UNITED STATES CITIZEN TO HELP WITH WHATEVER I CAN GET, GET A FEDERAL JOB AND BE SOCIETAL'S ROLE MODEL. GOD'S ABOVE IN WHICH I HAVE ALL MY TRUST AND BELIEVED.

SINCERELY YOURS
DAVE JACKLEY

A29055877