UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVE JACKLEY, Plaintiff, | : | |
| v. | : | CA 07-093 ML |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, Defendant. | : | |

**ORDER**
**FOR SUPPLEMENTATION**

Before the Court is Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit ("Application"). In the Application, Plaintiff indicates that he owns a two family house which has a value of $260,000.00. The Court requires additional information in order to rule upon the Application. Accordingly, Plaintiff is directed to file a supplement within ten (10) days which provides the following information:

1) the address of the house;
2) the date (or approximate date) the house was purchased;
3) the total mortgage indebtedness (i.e., the total amount owed to any bank, mortgage company, or other lender which is secured by the house);
4) the amount of the monthly mortgage payment;
5) the amount of any rental income received from the house; if no income is received from the house, an explanation as to who lives in the two family house and why there is no rental income.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
March 16, 2006

BY ORDER:

Deputy Clerk