UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVE JACKLEY,
Plaintiff,

v. : CA 07-093 ML

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,
Defendant.

**ORDER**
**REQUIRING PLAINTIFF**
**TO PAY REDUCED FILING FEE**

Before the Court is Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit ("Application"). After reviewing the Application and also Plaintiff's response to the Court's Order for Supplementation ("Order of 3/16/07"), the Court finds that Plaintiff has the ability to pay a reduced filing fee of $175. The Court reaches this conclusion for the following reasons. Plaintiff is employed and earns $602 bi-weekly. He owns a two-family home which has a fair market value of $260,000 to $270,000. According to the document submitted in response to the Order of 3/16/07, Plaintiff's equity in the real estate is at least $36,000 ($260,000 fair market value - $224,000 amount of mortgage = $36,000). In addition, Plaintiff has rental income of $850 per month from a tenant.

Accordingly, Plaintiff's Application is GRANTED to the extent that he may pay a reduced filing fee of $175. **Payment shall be made in full by May 1, 2007, or in three monthly**

**installments of $60, $60, and $55, with the first installment being due May 1, 2007, the second being due June 1, 2007, and the third installment being due July 2, 2007.** If Plaintiff does not pay the filing fee as ordered above, this Magistrate Judge will issue a report and recommendation, recommending that Plaintiff's action be dismissed.

To the extent that Plaintiff seeks to pay no filing fee (or a filing fee of less than $175), the Application is DENIED.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
March 30, 2007

BY ORDER:

Deputy Clerk