UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVE JACKLEY,<br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CA 07-093 ML |

**ORDER**
**REQUIRING GOVERNMENT**
**TO FILE ANSWER/RESPONSE**

On March 9, 2007, Plaintiff Dave Jackley ("Plaintiff") filed a complaint in letter form, requesting review of the denial of his application for citizenship by the United States Department of Homeland Security. A copy of that complaint is attached to this Order. **The Government is ordered to file an answer/response to the complaint by May 1, 2007.** The Clerk is directed to send a copy of this Order to the Office of the United States Attorney for the District of Rhode Island. That Office or the appropriate agency of the United States Government shall file a response in compliance with this Order.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
March 30, 2007