**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVE JACKLEY,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 07-093ML |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br>Defendant. | : | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Comes now the United States, by and through its undersigned attorneys, and hereby requests the Court to enter an order enlarging the time within which it may file its response in the above-captioned matter up to and including May 31, 2007. As grounds for this motion, Defendant states that the administrative file has just been received by undersigned counsel and additional time will be needed to prepare its response to this Court's Order.

WHEREFORE, Defendant requests that the Court enter an order enlarging the time within which it may respond to this Court's Order up to and including May 31, 2007.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May, 2007, I electronically filed the within Motion for Enlargement of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. A copy has been forwarded by regular mail to:

Dave Jackley
P.O. Box 27715
Providence, RI 02907

/s/ Dulce Donovan
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov