**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DAVE JACKLEY,<br>Plaintiff, | : | |
| vs. | : | C.A. No. 07-093ML |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br>Defendant. | : | |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME**

Comes now the United States, by and through its undersigned attorneys, and hereby requests the Court to enter an order enlarging the time within which it may file its response in the above-captioned matter up to and including June 7, 2007. As grounds for this motion, Defendant states that undersigned counsel has had unexpected filings that have required immediate attention in this Court as well as the First Circuit Court, and requests an additional one-week extension to prepare its response to this Court's Order.

WHEREFORE, Defendant requests that the Court enter an order enlarging the time within which it may respond to this Court's Order up to and including June 7, 2007.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2007, I electronically filed the within Defendant's Second Motion for Enlargement of Time with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. A copy has been forwarded by regular mail to:

Dave Jackley
P.O. Box 27715
Providence, RI 02907

/s/ Dulce Donovan
DULCE DONOVAN
Assistant United States Attorney
Chief, Civil Division
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: dulce.donovan@usdoj.gov