U.S. Department of Justice
Immigration and Naturalization Service (INS)

# Application for Permanent Residence

OMB # 1115-0053

DO NOT WRITE IN THIS BLOCK

Case ID#

A#

G-28 or Volag#

Section of Law
☐ Sec. 209(b), INA
☐ Sec. 214(d), INA
☐ Sec. 13, Act of 9/11/57
☑ Sec. 245, INA
☐ Sec. 249, INA

Action Stamp
APPROVED
U.S. DISTRICT DIRECTOR
NOV X1 1989
Recommended by:
NEW | 0468

Country Chargeable

Fee Stamp
NEW 89 199 0011

Eligibility Under Sec. 245
☑ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other

Preference

## A. Reason for this application

I am applying for lawful permanent residence for the following reason: (check the box that applies)

1. ☐ An immigrant visa number is immediately available to me because
   - ☐ A visa petition has already been approved for me (approval notice is attached)
   - ☑ A visa petition is being filed with this application
2. ☐ I entered as the fiance(e) of a U.S. citizen and married within 90 days (approval notice and marriage certificate are attached)
3. ☐ I am an asylee eligible for adjustment
4. ☐ Other:

## B. Information about you

1. Name (Family name in CAPS) (First) (Middle): JACKLEY DAVE P
2. Address (Number and Street) (Apartment Number): 80 GRAFTON AVENUE C-26
   (Town or City) (State/Country) (ZIP/Postal Code): NEWARK N.J 07104
3. Place of Birth (Town or City) (State/Country): LIBERIA, HARBEL LIBERIA
4. Date of Birth (Mo/Day/Yr): 3-7-67
5. Sex: ☒ Male ☐ Female
6. Marital Status: ☒ Married ☐ Single ☐ Widowed ☐ Divorced
7. Social Security Number: 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
8. Alien Registration Number (if any): 29 055 877
9. Country of Citizenship: LIBERIA
10. Have you ever applied for permanent resident status in the U.S.? ☐ Yes ☒ No
    (If Yes, give the date and place of filing and final disposition)
11. On what date did you last enter the U.S.? JANUARY 23, 1988
12. Where did you last enter the U.S.? (City and State) NEW YORK, N.Y
13. What means of travel did you use? (Plane, car, etc.) PLANE
14. Were you inspected by a U.S. immigration officer? ☒ Yes ☐ No
15. In what status did you last enter the U.S.? (Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.) VISITOR
16. Give your name EXACTLY as it appears on your Arrival/Departure Record (Form I-94). JACKLEY DAVE
17. Arrival/Departure Record (I-94) Number: 4195-01011861101
18. Visa Number: 001203
19. At what Consulate was your nonimmigrant visa issued? AMERICAN EMBASSY, LIBERIA — Date (Mo/Day/Yr): 01-5-88
20. Have you ever been married before? ☐ Yes ☒ No
    If Yes, (Names of prior husbands/wives) (Country of citizenship) (Date marriage ended)
21. Has your husband/wife ever been married before? ☐ Yes ☒ No
    If Yes, (Names of prior husbands/wives) (Country of citizenship) (Date marriage ended)

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Christina Chalres [illegible] - [illegible]

22. List your present husband/wife, all of your sons and daughters, all of your brothers and sisters (If you have none, write "N/A")

| Name | Relationship | Place of Birth | ~~Date of Birth~~ | Country of Residence | Applying With You? |
|---|---|---|---|---|---|
| Jacqueline Jackley | Daughter | LIBERIA | 4-4-85 | LIBERIA | ☐ Yes ☒ No |
| Julius Jackley | brother | LIBERIA | 1-5-69 | LIBERIA | ☐ Yes ☒ No |
| Paye Jackley | brother | LIBERIA | 2-6-71 | LIBERIA | ☐ Yes ☒ No |
| Victoria Jackley | Sister | LIBERIA | 12-5-80 | LIBERIA | ☐ Yes ☒ No |
| Rebecca Jackley | Sister | LIBERIA | 7-26-81 | LIBERIA | ☐ Yes ☒ No |
| Emmanuel Jackley | brother | LIBERIA | 3-10-75 | LIBERIA | ☐ Yes ☒ No |
| Robert Jackley | brother | LIBERIA | 7-26-52 | U.S.A | ☐ Yes ☒ No |
| Decontee Jackley | Daughter | LIBERIA | 6-5-87 | LIBERIA | ☐ Yes ☒ No |
| Cecelia Jackley | Sister | LIBERIA | 12-2-82 | LIBERIA | ☐ Yes ☒ No |
| Jackie Jackley | Sister | LIBERIA | | LIBERIA | ☐ Yes ☒ No |
| Prince Jackley | SON | LIBERIA | 6-2-88 | LIBERIA | ☒ NO |

23. List your present and past membership in or affiliation with every organization, association, ~~fund, foundation~~, party, club, society or similar group in the United States or in any other country or place, and your foreign military service (If this does not apply, write "N/A")

A. ______ 19 ____ to 19 ____
B. ______ 19 ____ to 19 ____
C. ______ 19 ____ to 19 ____
D. ______ 19 ____ to 19 ____
E. ______ 19 ____ to 19 ____
F. ______ 19 ____ to 19 ____
G. ______ 19 ____ to 19 ____

24. Have you ever, in or outside the United States:

a) knowingly committed any crime for which you have not been arrested? ☐ Yes ☒ No

b) been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, including traffic regulations? ☐ Yes ☒ No

c) been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☒ No

If you answered Yes to (a), (b), or (c) give the following information about each incident:

| | Date | Place (City) (State/Country) | Nature of offense | Outcome of case, if any |
|---|---|---|---|---|
| 1) | | | | |
| 2) | | | | |
| 3) | | | | |
| 4) | | | | |
| 5) | | | | |

25. Have you ever received public assistance from any source, including the U.S. Government or any state, county, city or municipality?

☐ Yes ☒ No (If Yes, explain, including the name(s) and Social Security number(s) you used.)

26. Do any of the following relate to you? (Answer Yes or No to each)

A. Have you been treated for a mental disorder, drug addiction, or alcoholism? ☐ Yes ☒ No

B. Have you engaged in, or do you intend to engage in, any commercialized sexual activity? ☐ Yes ☒ No

C. Are you or have you at any time been an anarchist, or a member of or affiliated with any Communist or other totalitarian party, including any subdivision or affiliate? ☐ Yes ☒ No

D. Have you advocated or taught, by personal utterance, by written or printed matter, or through affiliation with an organization:

1) opposition to organized government ☐ Yes ☒ No
2) the overthrow of government by force or violence ☐ Yes ☒ No
3) the assaulting or killing of government officials because of their official character ☐ Yes ☒ No
4) the unlawful destruction of property ☐ Yes ☒ No
5) sabotage ☐ Yes ☒ No
6) the doctrines of world communism, or the establishment of a totalitarian dictatorship in the United States? ☐ Yes ☒ No

E. Have you engaged or do you intend to engage in prejudicial activities or unlawful activities of a subversive nature? ☐ Yes ☒ No

F. During the period beginning March 23, 1933, and ending May 8, 1945, did you order, incite, assist, or otherwise participate in persecuting any person because of race, religion, national origin, or political opinion, under the direction of, or in association with any of the following:

1) the Nazi government in Germany ☐ Yes ☒ No
2) any government in any area occupied by the military forces of the Nazi government in Germany ☐ Yes ☒ No
3) any government established with the assistance or cooperation of the Nazi government of Germany ☐ Yes ☒ No
4) any government that was an ally of the Nazi government of Germany ☐ Yes ☒ No

G. Have you been convicted of a violation of any law or regulation relating to narcotic drugs or marijuana, or have you been an illicit trafficker in narcotic drugs or marijuana? ☐ Yes ☒ No

| | | |
|---|---|---|
| H. Have you been involved in assisting any other aliens to enter the United States in violation of the law? | ☐ Yes | ☒ No |
| I. Have you applied for exemption or discharge from training or service in the Armed Forces of the United States on the ground of alienage and have you been relieved or discharged from that training or service? | ☐ Yes | ☒ No |
| J. Are you mentally retarded, insane, or have you suffered one or more attacks of insanity? | ☐ Yes | ☒ No |
| K. Are you afflicted with psychopathic personality, sexual deviation, mental defect, narcotic drug addiction, chronic alcoholism, or any dangerous contagious disease? | ☐ Yes | ☒ No |
| L. Do you have a physical defect, disease, or disability affecting your ability to earn a living? | ☐ Yes | ☒ No |
| M. Are you a pauper, professional beggar, or vagrant? | ☐ Yes | ☒ No |
| N. Are you likely to become a public charge? | ☐ Yes | ☒ No |
| O. Are you a polygamist or do you advocate polygamy? | ☐ Yes | ☒ No |
| P. Have you been excluded from the United States within the past year, or have you at any time been deported from the United States, or have you at any time been removed from the United States at government expense? | ☐ Yes | ☒ No |
| Q. Have you procured or have you attempted to procure a visa by fraud or misrepresentation? | ☐ Yes | ☒ No |
| R. Are you a former exchange visitor who is subject to, but has not complied with, the two-year foreign residence requirement? | ☐ Yes | ☒ No |
| S. Are you a medical graduate coming principally to work as a member of the medical profession, without passing Parts I and II of the National Board of Medical Examiners Examination (or an equivalent examination)? | ☐ Yes | ☒ No |
| T. Have you left the United States to avoid military service in time of war or national emergency? | ☐ Yes | ☒ No |
| U. Have you committed or have you been convicted of a crime involving moral turpitude? | ☐ Yes | ☒ No |

**If you answered Yes to any question above, explain fully** (Attach a continuation sheet if necessary):

27. ☐ **Completed Form G-325A (Biographic Information) is signed, dated and attached as part of this application.** Print or type so that all copies are legible.

☐ **Completed form G-325A (Biographic Information) is not attached because applicant is under 14 or over 79 years of age.**

**Penalties: You may, by law, be fined up to $10,000, imprisoned up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this application.**

## Your Certification

**I certify, under penalty of perjury under the laws of the United States of America, that the above information is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.**

**Signature** Dave Jackley **Date** 7-18-89 **Phone Number** 201-481-5660

## Signature of Person Preparing Form if Other than Above

**I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.**

(Print Name) (Address) (Signature) (Date)

**G-28 ID Number** ______

**Volag Number** ______

## Stop Here

*(Applicant is* ***not*** *to sign the application below until he or she appears before an officer of the Immigration and Naturalization Service for examination)*

I, A. DAVE P. JACKLEY (PHILDESCO) swear (affirm) that I know the contents of this application that I am signing including the attached documents, that they are true to the best of my knowledge, and that corrections numbered ( ) to ( ) were made by me or at my request, and that I signed this application with my full, true name:

A Dave Jackley
(Complete and true signature of applicant)

Signed and sworn to before me by the above-named applicant at Newark, NJ on 9-26-89
(Month) (Day) (Year)

[signature]
(Signature and title of officer)