U.S. Department of Justice (INS)

# Petition for Alien Relative

OMB No. 1115-0054

DO NOT WRITE IN THIS BLOCK — FOR EXAMINING OFFICE ONLY

| Case ID# | Action Stamp | Fee Stamp |
|---|---|---|
| A# | APPROVED U.S. DISTRICT DIRECTOR SEP 26 1989 [signature] Recommended ... NEW 0403 | 9: 35 New 89 199 00109 |
| G-28 or Volag # | | |
| Section of Law: ☑ 201 (b) spouse ☐ 203 (a)(1) ☐ 201 (b) child ☐ 203 (a)(2) ☐ 201 (b) parent ☐ 203 (a)(4) ☐ 203 (a)(5) AM CON:_______ | | Petition was filed on __________ (priority date) ☑ Personal Interview ☐ Previously Forwarded ☐ Pet. ☐ Ben. "A" File Reviewed ☐ Stateside Criteria ☐ Field Investigations ☑ I-485 Simultaneously ☐ 204 (a)(2)(A) Resolved ☐ 204 (h) Resolved |
| REMARKS: | | |

## A. Relationship

1. The alien relative is my: ☑ Husband/Wife ☐ Parent ☐ Brother/Sister ☐ Child
2. Are you related by adoption? ☐ Yes ☑ No
3. Did you gain permanent residence through adoption? ☐ Yes ☑ No

## B. Information about you

1. Name (Family name in CAPS) (First) (Middle): Jackley, Constance Denise
2. Address (Number and Street) (Apartment Number): 80 Grafton Ave, Apt C-26
(Town or City) (State/Country) (ZIP/Postal Code): No. Newark New Jersey 07104
3. Place of Birth (Town or City) (State/Country): Manhattan, New York
4. Date of Birth (Mo/Day/Year): 12/13/65
5. Sex ☐ Male ☑ Female
6. Marital Status ☑ Married ☐ Single ☐ Widowed ☐ Divorced
7. Other Names Used (including maiden name): Constance D. Ketchens
8. Date and Place of Present Marriage (if married)
9. Social Security number: 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
10. Alien Registration Number (if any)
11. Names of Prior Husbands/Wives: NA none
12. Date(s) Marriage(s) Ended: NA
13. If you are a U.S. citizen, complete the following:
My citizenship was acquired through (check one)
☑ Birth in the U.S.
☐ Naturalization
Give number of certificate, date and place it was issued
156-65-143448
☐ Parents
...certificate of citizenship in your own name?
...icate, date and place it was issued
...esident alien, complete the following:
..., or adjustment to, lawful permanent residence,
...dent status through marriage to a United
...anent resident? ☐ Yes ☐ No



## C. Information about your alien relative

1. Name (Family name in CAPS) (First) (Middle): Jackley, Dave Phil Deeco
2. Address (Number and Street) (Apartment Number): 80 Grafton Ave, Apt C-26
(Town or City) (State/Country) (ZIP/Postal Code): No. Newark New Jersey 07104
3. Place of Birth (Town or City) (State/Country): Harbel, Liberia
4. Date of Birth (Mo/Day/Year): 3/7/67
5. Sex ☑ Male ☐ Female
6. Marital Status ☑ Married ☐ Single ☐ Widowed ☐ Divorced
7. Other Names Used (including maiden name)
8. Date and Place of Present Marriage (if married): 6/19/89, Newark, New Jersey
9. Social Security number
10. Alien Registration Number (if any)
11. Names of Prior Husbands/Wives: NA none
12. Date(s) Marriage(s) Ended: NA
13. Has your relative ever been in the U.S.? ☒ Yes ☐ No
14. If your relative is currently in the U.S., complete the following:
He or she last arrived as a (visitor, student, stowaway, without inspection, etc.)
Visitor
Arrival/Departure Record (I-94) Number: 4195 01011861 1010
Date arrived (Month/Day/Year)
Date authorized stay expired, or will expire as show...
July 23, 1988
15. Name and address of present employer (if any): Haynes Security, New...
Date this employment began (Month/Day/Year): March, ...
16. Has your relative ever been under immigration p...
☐ Yes ☒ No Where________ Wh...
☐ Exclusion ☐ Deportation ☐ Rescission...



| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | |

Form I-130 (Rev. 02-28-87) N

## C. (Continued) Information about your alien relative

16. List husband/wife and all children of your relative (If your relative is your husband/wife, list only his or her children).

| Name | Relationship | Date of Birth | Country of Birth |
|---|---|---|---|
| Dave Jackley | Husband | 3/7/67 | Liberia, West Africa |
| Jacqueline Jackley | Daughter | 4/5/85 | Liberia West Africa |
| Prince Jackley | Son | 6/2/88 | Liberia West Africa |
| Decontee Jackley | Daughter | 6/5/87 | Liberia, West Africa |

17. Address in the United States where your relative intends to reside

| (Number and Street) | (Town or City) | (State) |
|---|---|---|
| 80 Crafton Ave. | No. Newark | New Jersey |

18. Your relative's address abroad

(Number and Street) (Town or City) (Province) (Country)

19. If your relative's native alphabet is other than Roman letters, write his/her name and address abroad in the native alphabet:

(Name) (Number and Street) (Town or City) (Province) (Country)

20. If filing for your husband/wife, give last address at which you both lived together: From To

(Name) (Apt. No.) (Town or City) (State or Province) (Country) (Month) (Year) (Month) (Year)

Dave Jackley 80 Crafton Ave, No. Newark, N.J. USA 6/89

21. Check the appropriate box below and give the information required for the box you checked:

☐ Your relative will apply for a visa abroad at the American Consulate in Monrovia (City) Liberia (Country)

☑ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at Newark (City), New Jersey (State). If your relative is not eligible for adjustment of status, he or she will apply for a visa abroad at the American Consulate in Monrovia (City) Liberia (Country).

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

## D. Other Information

1. If separate petitions are also being submitted for other relatives, give names of each and relationship.

2. Have you ever filed a petition for this or any other alien before? ☐ Yes ☑ No
If "Yes," give name, place and date of filing, and result.

**Warning: The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.**

**Penalties: You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.**

### Your Certification

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature Constance D. Jackley Date 7/18/89 Phone Number (201) 481-5660

### Signature of Person Preparing Form if Other than Above

I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Constance D. Jackley (Print Name) 80 Crafton Ave. (Address) Constance D. Jackley (Signature) 7/18/89 (Date)

Volag Number ____ G-28 ID Number ____

CITY OF NEW YORK
DEPARTMENT OF HEALTH
BUREAU OF RECORDS AND STATISTICS

Borough of **MANHATTAN**, New York, N. Y. **DEC 5 1969**

Below is a photostatic copy of a certificate on file in the Bureau of Records and Statistics of the Department of Health of the City of New York.

BUREAU OF RECORDS
DEPARTMENT OF HEALTH
BOROUGH OF MANHATTAN
FILED
'65 DEC 15 AM 9:45

# Certificate of Birth

Certificate No. 156-65-143448

1. Name of child (PRINT): CONSTANCE (First name) DENISE (Middle name) KETCHENS (Last name)

2. Sex: FEMALE
3. Number of children born of this pregnancy: 1
4. If more than one, number of this child in order of birth:
5. Date of child's birth: DECEMBER (Month) 13, (Day) 1965 (Year)
5a. Hour: 4:56 P.M.

6. PLACE OF BIRTH
(a) NEW YORK CITY: (b) Borough MANHATTAN
(c) Name of Hospital or Institution: BETH ISRAEL
(d) If not in hospital, street address No. Ave. St.

7. USUAL RESIDENCE OF MOTHER:
(a) State: New York
(b) County: KINGS (c) City or Town: BROOKLYN
(d) No. 390 SUTTER Ave.

FATHER
8. Full name: EDWARD KETCHENS
9. Age at time of this birth: 24 years
10. Birthplace (City or place and State, or Country): CHARLESTON, SOUTH CAROLINA
11a. Usual Occupation: CLERK
11b. Kind of business or industry in which work was done: FACTORY

MOTHER
12. Full maiden name: MARY SLATER
13. Age at time of this birth: 24 years
14. Birthplace (City or place and State, or Country): SUMTER, SOUTH CAROLINA
15a. Total number of children BORN ALIVE PREVIOUS to this pregnancy: 2
15b. Number of children born PREVIOUS to this pregnancy and NOW LIVING: 2

I hereby certify that this child was born alive at the hour and on the date stated above, and that all the facts stated in this certificate and report of birth are true to the best of my knowledge, information and belief.

Date of Report: December 14, 19[illegible]

Given name added from a supplemental report ____ (Date of) ____ Borough Registrar.

(Signed) [signature] M.D.
Name of Signer: William K. Rashbaum (Print or typewrite)
Address: 135 Central Park West

Print here the mailing address of mother. Copy of this certificate will be mailed to her when it is filed with the Department of Health.

Name: MRS. MARY KETCHENS
Address: 390 SUTTER Ave. Apt.
City: BROOKLYN State: N.Y. Zip Code: 11212

BUREAU OF RECORDS AND STATISTICS — DEPARTMENT OF HEALTH — THE CITY OF NEW YORK

This is to certify that the foregoing is a true copy of a record in my custody.

[signature: Louis Weiner]
DIRECTOR OF BUREAU

BY [signature: William Stern]
Borough Registrar

WARNING: DO NOT ACCEPT THIS TRANSCRIPT UNLESS THE RAISED SEAL OF THE DEPARTMENT OF HEALTH IS AFFIXED THEREON. THE REPRODUCTION OR ALTERATION OF THIS TRANSCRIPT IS PROHIBITED BY SECTION 3.21 OF THE NEW YORK CITY HEALTH CODE.

NOTICE: In issuing this transcript of the Record, the Department of Health of the City of New York does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

# City of Newark, New Jersey

*This is to certify that the following is a true copy of an official record maintained by the Bureau of Vital Statistics, City of Newark, N.J.*
Do not accept this certificate unless the raised seal of the Bureau is affixed hereon. M A 122

Local Registrar's File No. 607
Place

For Instructions: See reverse side of last copy.

NEW JERSEY STATE DEPARTMENT OF HEALTH

## Certificate of Marriage

STATE USE ONLY

| Field | Entry |
|---|---|
| 1. FULL NAME OF GROOM | DAVE P.JACKLEY |
| 2. FULL MAIDEN NAME OF BRIDE | CONSTANCE DENISE KETCHENS |
| 3. PLACE OF MARRIAGE INCORPORATED MUNICIPALITY AND COUNTY | Mun Court Newark Essex |
| 4. DATE OF MARRIAGE | 6-19-89 |
| 5A. NAME OF PERSON OR OFFICER PERFORMING CEREMONY | PAUL R. DANIELE |
| 5B. SIGNATURE OF OFFICIANT | Paul R. Daniele |
| 5C. TITLE / ADDRESS / CITY / STATE / ZIP CODE | Judge / 31 Green St. / Newark / NJ / 07102 |
| 6. SIGNATURE OF WITNESS / ADDRESS / CITY / STATE / ZIP CODE | Mary L. Ketchens / 34 Mertz Ave / Hillside / NJ / 07205 |
| 7. SIGNATURE OF WITNESS / ADDRESS / CITY / STATE / ZIP CODE | Edward T. Ketchens / 34 Mertz Ave / Hillside / NJ / 07205 |
| SIGNATURE OF LOCAL REGISTRAR | [signature] |
| DATE RECEIVED | JUN 26 1989 |

## Marriage License

License No. 193

| Field | Entry |
|---|---|
| 9A. DATE OF APPLICATION | 6/5/89 |
| 9B. TIME | 10:10 [X] A.M. [ ] P.M. |
| 9C. PLACE APPLIED - MUNICIPALITY | TOWNSHIP OF IRVINGTON |
| COUNTY | ESSEX |
| 10A. DATE LICENSE ISSUED | 6-12-89 |
| 10B. TIME LICENSE ISSUED | 11:20 A.M. |
| 11. EXPIRATION DATE | 7-11-89 |
| 12A. REGISTRAR'S SIGNATURE | Mary Ann Beirne |
| 12B. ADDRESS | MUNICIPAL BLDG.,CIVIC SQ.,IRVINGTON,NJ |

| Male | | Female | |
|---|---|---|---|
| 13A. FULL NAME OF MALE | DAVE P.JACKLEY | 23A. FULL NAME OF FEMALE | CONSTANCE DENISE KETCHENS |
| 13B. RESIDENCE ADDRESS | 80 GRAFTON AVE. | 23B. RESIDENCE ADDRESS | 30 CHAPMAN PL |
| 13C. CITY / COUNTY / STATE / ZIP CODE | NEWARK / ESSEX / NJ / 07104 | 23C. CITY / COUNTY / STATE / ZIP CODE | IRVINGTON / ESSEX / NJ / 07111 |
| 14. BIRTHDATE | 3/7/67 | 24. BIRTHDATE | 12/13/65 |
| 15. AGE | 22 | 25. AGE | 23 |
| 16. BIRTHPLACE | W.AFRICA | 26. BIRTHPLACE | NY |
| 17. RACE | BL | 27. RACE | BL |
| 18. MARITAL STATUS | SING [X] DIV [ ] WID [ ] ANN [ ] | 28. MARITAL STATUS | SING [X] DIV [ ] WID [ ] ANN [ ] |
| 19. NO. TIMES PREVIOUSLY MARRIED | 0 | 29. NO. TIMES PREVIOUSLY MARRIED | 0 |
| 20. MAIDEN NAME(S) OF FORMER WIFE(S) | ---- | 30. NAME(S) OF FORMER HUSBAND(S) | ---- |
| 21A. FATHER'S FULL NAME | JOHN G.JACKLEY | 31A. FATHER'S FULL NAME | EDWARD T.KETCHENS |
| 21B. BIRTHPLACE | W.AFRICA | 31B. BIRTHPLACE | SO.CAROLINA |
| 22A. MOTHER'S FULL MAIDEN NAME | MARTHA Q.GEORSIA | 32A. MOTHER'S FULL MAIDEN NAME | MARY JANE SLATER |
| 22B. BIRTHPLACE | W.AFRICA | 32B. BIRTHPLACE | SO.CAROLINA |

REG-24
APRIL 87
H-3501

*In Witness Whereof,* I have hereunto set my hand and affixed the seal of Bureau of Vital Statistics,

Newark, N.J., this 10th day of July A.D. 1989

Claude Wallace

(Registrar of Vital Statistics)

Immigration and Naturalization Service

OMB No. 1115-0066

# BIOGRAPHIC INFORMATION

| (Family name) | (First name) | (Middle name) | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| Jackley | Constance | Denise | FEMALE | 12/13/65 | Black | A |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| Constance D. Ketchens | Manhattan, NY. USA | 149 70828 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Ketchens, | Edward | Charleston, South Carolina | |
| MOTHER (Maiden name) | Slater, | Mary Jane | Sumter, South Carolina | |

| HUSBAND (If none, so state) OR WIFE — FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|
| Jackley, ~~D~~ | Dave | 3/7/67 | Harbel, Liberia | 6/19/89 | Newark |

FORMER HUSBANDS OR WIVES (if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | | | | |
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 80 Grafton Ave | NWK | N.J. | USA | June | 89 | PRESENT TIME | |
| 30 Chapman Pl. | Irvington | N.J. | USA | Jan | 88 | June | 89 |
| 34 Mertz Ave | Hillside | N.J. | USA | May | 76 | Jan | 88 |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| First Fidelity Bank 500 Broad St, NWK | Clerk II | 12 | 89 | PRESENT TIME | |
| R.H. Macy's 61 Myrtle Ave., Cranford | Credit Authorizer | 8 | 87 | 5 | 88 |
| First Fidelity Bank 100 Fidelity plaza, N. Bruns | Clerk II | 5 | 86 | 1 | 87 |
| First Fidelity Bank 500 Broad St, NWK | Clerk I | 8 | 85 | 1 | 86 |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION ☒ STATUS AS PERMANENT RESIDENT
☐ OTHER (SPECIFY):

SIGNATURE OF APPLICANT: Constance D. Jackley DATE: 7/18/89

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

Are all copies legible? ☒ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| | | | |

Form G-325 A (Rev. 10-1-82)

(1) Ident.

U.S. Department of Justice
Immigration and Naturalization Service

FORM G-325A

# BIOGRAPHIC INFORMATION

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| Jackley | Constance | Denise | | 12/13/65 | Black | A |

ALL OTHER NAMES USED (Including names by previous marriages): Constance D. Ketchens

CITY AND COUNTRY OF BIRTH: Manhattan, NY. USA

SOCIAL SECURITY NO. (If any): 149 70 2384

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Ketchens, | Edward | Charleston, South Carolina | |
| MOTHER (Maiden name) | Slater | Mary Jane | Sumter, South Carolina | |

| HUSBAND (If none, so state) OR WIFE — FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|
| Jackley, ~~D~~ | Dave | 3/7/67 | Harbel, Liberia | 6/19/89 | Newark |

FORMER HUSBANDS OR WIVES (if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| / | | | / | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 80 Clinton Ave. | Nwk | N.J. | USA | June | 89 | PRESENT TIME | |
| 30 Chapman Pl. | Irvington | N.J. | USA | Jan | 88 | June | 89 |
| 34 Myrtle Ave | Hillside | N.J. | USA | May | 76 | Jan | 88 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| First Fidelity Bank 550 Broad St, Nwk | Clerk II | 12 | 89 | PRESENT TIME | |
| R.H. Macy's 61 Myrtle Ave., Cranford | Credit Authorizer | 8 | 87 | 5 | 88 |
| First Fidelity Bank 100 Fidelity plaza N.Brun. | Clerk II | 5 | 86 | 1 | 87 |
| First Fidelity Bank 550 Broad St, Nwk | Clerk I | 8 | 85 | 1 | 86 |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

N/A

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION ☒ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): Dave

SIGNATURE OF APPLICANT: Constance D. Jackley DATE: 7/18/89

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

Are all copies legible? ☒ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

Wait Mirza 7/31/89

**APPLICANT:** BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| | | | |

(OTHER AGENCY USE)

INS USE (Office of Origin)

OFFICE CODE:
TYPE OF CASE:
DATE:

Form G-325 A (Rev. 10-1-82) (3) C.

**U.S. DEPARTMENT OF JUSTICE**
**Immigration and Naturalization Service**

**Memorandum of Creation of Record of Lawful Permanent Residence**

Place: NEW
File No.: A29 055 877

**Status as a lawful permanent resident of the United States is accorded:**

495-00186100

Name / In Care Of / Street Address / Apt. No. / City, State, Zip:
JACKLEY, Dave P.
80 Grafton Avenue, Apt. C26
Newark, New Jersey 07104

Sex: 1 ☒ Male 2 ☐ Female

Date of Birth (Month/Day/Year): 3/7/63

City of Birth: Habel

Country of Birth: Liberia

Country of Nationality: Liberia

Country of Last Residence: Liberia

Marital Status: 1 ☐ Single 2 ☒ Married 3 ☐ Widowed 4 ☐ Divorced 5 ☐ Separated

Occupation: SER

N/I Class at time of Adj.: B-2

Year Adm. to U.S. or Year of Change to Present NI Class (whichever most recent): 1988

Priority Date (Month/Day/Year):

Preference (If any): CR-6

Country to Which Chargeable (If any):

Section 212 (a) (14) Labor Certification: 1 ☐ Applicable-Submitted 3 ☒ Not Applicable

Mother's First Name: Martha

Father's First Name: John

Last NIV Issued at (U.S. Consulate Post): Liberia

Date of Issuance of Last NIV: 1/5/88

Number of Last NIV: 001203

Classification of Last NIV: B2

Under the following provision of law

☐ Public Law 95-412
☐ Public Law 96-212
☐ Private Law No. ____ of the ____ Congress ____ Session
☐ Sec. 209 (a) of the I & N Act
☐ Sec. 209 (b) of the I & N Act
☐ Sec. 244 ( ) ( ) of the I & N Act
☒ Sec. 245 of the I & N Act
☐ Sec. 249 of the I & N Act
☐ Sec. 1 of the Act of 11/2/66
☐ Sec. 13 of the Act of 9/11/57
☐ Sec. 214 (d) of the I & N Act
☐ Other law (Specify)

As of 11 - 01 - 89 (Month) (Day) (Year) at NEW — PORT OF ENTRY FOR PERMANENT RESIDENCE

Class of admission (Insert Symbol): CR-6

REMARKS

RECOMMENDED BY: (Immigration Officer) (Date) [signature] 11/1/89

DATE OF ACTION

APPROVED
U.S. DISTRICT DIRECTOR
NOV X1 1989
Recommended by: [signature]
NEW 0408

DD

DISTRICT

## FOR USE BY VISA CONTROL OFFICE

Date ____

Foreign State ____

Preference Category ____

Number ____

Month of Issuance ____

Signed ____ (Visa Office, Dept. of State)

PROCESSED FOR I-551. TEMPORARY EVIDENCE OF LAWFUL ADMISSION FOR PERMANENT RESIDENCE VALID UNTIL 11/1/90. EMPLOYMENT AUTHORIZED.

APPLICANT ADVISED OF THE PROVISIONS OF SECTION 216 AND OF THE PROCEDURES FOR HAVING THE CONDITIONAL BASIS OF HIS/HER STATUS REMOVED.

CC: Page 2 Master Index copy sent on 8/12/89 mlh

CC: Page 3 ADIT and Statistical report copy sent on ____

Form I-181 (Rev.3-1-83) N

1. FILE COPY