**State of New Jersey**

v.

DAVID JACKLEY
Defendant (Specify Complete Name)

**New Jersey Superior Court**
ESSEX **County**
**Law Division – Criminal**

- [X] **Judgment of Conviction**
- [ ] **Change of Judgment**
- [ ] **Order for Commitment**
- [ ] **Indictment/Accusation Dismissed**
- [ ] **Judgment of Acquittal**

| | |
|---|---|
| 03-07-67 | DATE OF BIRTH |
| 602914B | S.B.I. # |
| 09-06-89 | DATE OF ARREST |
| 04-11-90 | DATE IND / ACC FILED |
| 11-19-91 | DATE OF ORIGINAL PLEA |
| ☐ NOT GUILTY ☒ GUILTY | ORIGINAL PLEA |

| ADJUDICATION BY: | DATE |
|---|---|
| ☐ GUILTY PLEA | |
| ☐ JURY TRIAL | |
| ☐ NON-JURY TRIAL | |
| ☐ Dismissed/Acquitted | |

**ORIGINAL CHARGES**

| IND / ACC No. | Count | Description | Degree | Statute |
|---|---|---|---|---|
| 1701-04-90 | 1 | Aggravated Assault | 2 | 2C:12-1b(1) |
| | 2 | Unlawful Poss. of Weapon | 4 | 2C:39-5 |
| | 3 | Poss. Weapon for Unlaw. Purpose | 3 | 2C:39-4d |

**FINAL CHARGES**

| Count | Description | Degree | Statute |
|---|---|---|---|
| 1 | Aggravated Assault | 3 | 2C:12-1b |

It is, therefore, on January 10, 1992 **ORDERED** and **ADJUDGED** that the defendant is sentenced as follows:

Count One - Probation for a term of two (2) years with the following conditions:

1. 50 hours of Community Service
2. $250.00 Fine
3. No new offenses.

Counts Two and Three - Dismissed.

JAIL......... P.D. .........
PROS. .........
D.C. ....... PAROLE .........

☐ It is further **ORDERED** that the sheriff deliver the defendant to the appropriate correctional authority.

☒ Defendant is to receive credit for time spent in custody. 14 (TOTAL NO. DAYS) 9/6/89 - 9/14/89 (DATES (From / To))

TRUE COPY

DATES (From / To)

Total Custodial Term ________ Institution ________ Total Probation Term 2 yrs.

State of New Jersey v. DAVID JACK[illegible] S.B.I. # 602914B [illegible] / ACC # 1701-4-90

Total **FINE** $ 250.00

Total **RESTITUTION** $ ______

If the offense occurred on or after January 9, 1986, a penalty of $30 is imposed on each count on which the defendant was convicted unless the box below indicates a higher penalty pursuant to *N.J.S.A* 2C:43-3.1. (Penalty is $25 if offense is before January 9, 1986, unless a higher penalty is noted.)

☒ Penalty imposed on count(s) 1

is $ 30.00 each.

Total **VCCB Penalty** $ 30.00

☐ Installment payments are due at the rate of $ ______ per ______, beginning ______ (DATE)

If any of the offenses occurred *on or after* July 9,1987, and is for a violation of Chapter 35 or 36 of Title 2C,

1) A mandatory Drug Enforcement and Demand Reduction (D.E.D.R.) penalty is imposed for *each* count. (Write in # times for each.)

____ 1st Degree @ $3000 ____ 4th Degree @ $750
____ 2nd Degree @ $2000 ____ Disorderly Persons or Petty
____ 3rd Degree @ $1000 Disorderly Persons @ $500

Total **D.E.D.R. Penalty** $ ______

☐ Court further ORDERS that collection of the D.E.D.R. penalty be suspended upon defendant's entry into a residential drug program for the term of the program.

2) A mandatory driver's license suspension of ______ months is ORDERED.

The suspension shall begin today, ______ and end ______.

Driver's License Number ______

(IF THE COURT IS UNABLE TO COLLECT THE LICENSE, PLEASE ALSO COMPLETE THE FOLLOWING.)

Defendant's Address ______

Eye Color ______ Sex ______ Date of Birth ______

☐ The defendant is the holder of an out-of-state driver's license from the following jurisdiction ______. Driver's license # ______.

☐ Your non-resident driving privileges are hereby revoked for ______ Months.

3) A forensic laboratory fee of $50 per offense is ORDERED. ___ Offenses @ $50.

Total **LAB FEE** $ ______

4) Name of Drugs Involved ______

| NAME (Court Clerk or Person who prepares this form) | TELEPHONE NUMBER | NAME (Attorney for Defendant at Sentencing) |
|---|---|---|
| Carol Ventura | 621-6357 | OLLIS DOUGLAS, ESQ. |

## STATEMENT OF REASONS

**AGGRAVATING FACTORS:** 9) There is a need to deter defendant from committing violent assaults against others, together with others.

**MITIGATING FACTORS:** 7) The defendant has no history of prior delinquency or criminal activity. 8) The defendant's conduct was the result of circumstances unlikely to recur. He was helping a friend get revenge on the victim, who was in bed with the friend's girlfriend. 9) The character and attitude of the defendant indicate that he is unlikely to commit another offense; he is a college student and employed. 10) The defendant is a good candidate for probation; stable and an educated person.

I find that the mitigating factors preponderate over the aggravating factors. Since the defendant is entitled to the presumption against incarceration, I will sentence to probation within the terms of the plea bargain.

| JUDGE (Name) | JUDGE (Signature) | DATE |
|---|---|---|
| THEODORE A. WINARD, J.S.C. | Theodore A. Winard | JAN. 15,1992 |

Administrative Office of the Courts
State Bureau of Identification

CP0106 (Rev. 11/89) Replaces LR-34 & LR-35
CDR 4 (Rev. 11/89)

COPIES TO: CHIEF PROBATION OFFICER, STATE POLICE, AOC CRIMINAL PRACTICE DIVISION, DEPT OF CORRECTIONS or COUNTY PENAL INSTITUTION