**U. S. Department of Justice**
Immigration and Naturalization Service

Joint Petition to Remove the Conditional Basis of Alien's Permanent Resident Status

OMB # 1115-0145

**Do not write in this block**

Case ID #

A #

G-28 or VOLAG #

Remarks
CR6
11-1-89

ACTION STAMP
APPROVED
INS EAC DIRECTOR
AUG - 9 1991
Recommended by:
EAC 4136

FEE STAMP
EAC 91 248 00121
8/6/91

| Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Ret | App | Den |
| | | | | | | |

**A. Information About Conditional Permanent Resident**

1. Name (Family name in CAPS) JACKLEY (First) DAVE (Middle) P
2. Other names used (including maiden name)
3. INS A# 29055877
4. Telephone # 617-596-1363
5. Address (Number and Street) 7 LIBERTY SQUARE APT. 127
(Town or City) LYNN (State/Country) MA. (ZIP/Postal Code) 01901
6. Have you resided at any other address since becoming a permanent resident? (If yes, attach a list of all addresses and dates).
☑ Yes ☐ No
7. Date of Birth 3-7-67
8. Place of Birth LIBERIA / W. AFRICA
9. Country of Citizenship LIBERIA
10. Social Security # 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
11. Current Employer (Name) CSSI SECURITY
12. Employer's Address (Number and Street) 140 UNION STREET #3
(Town or City) LYNN (State/Country) MA. (ZIP/Postal Code) 01902
13. Employer's Telephone # 617-599-3000
14. Job Title SECURITY GUARD
15. Supervisor's Name DAVE LETTIT
16. Supervisor's Telephone # 617-599-3000
17. Have you been employed anywhere else since becoming a conditional permanent resident? (If yes, attach a list including all information requested in items 9 through 14 for each.)
☑ Yes ☐ No

**B. Information About Petitioning Spouse**

1. Name (Family name in CAPS) JACKLEY (First) CONSTANCE (Middle) D.
2. Other names used (including maiden name)
3. INS A# N/A
4. Telephone # 617-596-1363
4. Address (Number and Street) 7 LIBERTY SQUARE APT. 127
(Town or City) LYNN, (State/Country) MA. (ZIP/Postal Code) 01901
5. Have you resided at any other address since your spouse became a permanent resident? (If yes, attach a list of all addresses and dates).
☑ Yes ☐ No
6. Date of Birth 12-13-65
7. Place of Birth NEW YORK
9. Country of Citizenship U.S.A.
10. Social Security # 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
11. Current Employer (Name) SALEM STATE COLLEGE
12. Employer's Address (Number and Street) 352 LAFAYETTE STREET
(Town or City) SALEM (State/Country) MA. (ZIP/Postal Code) 01970
13. Employer's Telephone # 508-741-6589
14. Job Title SECRETARY
15. Supervisor's Name NICHOLAS PADOUANI
16. Supervisor's Telephone # 508-741-6589
17. Have you been employed anywhere else since your spouse became a conditional permanent resident? (If yes, attach a list including all information requested in items 9 through 14 for each.)
☑ Yes ☐ No

RECEIVED IMMIGRATION SVC. 91 AUG 7 ... EASTERN SERVICE CENTER

**C. Information Common to Both Cond[illegible]al Permanent Resident and Petitioning Spous[illegible]**

1. Date of Marriage 6-19-89
2. Place of Marriage NEWARK, N.J.
3. Is this the same marriage through which conditional resident status was obtained? ☑ Yes ☐ No
4. Has the marriage through which conditional residence was obtained ever been annulled or judicially terminated? (If yes, attach a statement of explanation and a copy of the relevant decree.) ☐ Yes ☑ No
5. Was a fee paid to anyone other than an attorney in connection with the filing of the petition through which status was obtained, or in connection with this petition? (If yes, attach a statement of explanation.) ☐ Yes ☑ No
6. Children (Indicate in "Parent(s)" column "H" if child of husband, "W" if child of wife, or "B" if child of both.) Attach an additional sheet if there are more than six children.

| Name | Date of Birth | Place of Birth | INS File Number | Parent(s) H/W/B | Address of Child |
|---|---|---|---|---|---|
| JACQUELINE JACKLEY | 4-5-85 | LIBERIA | N/A | H | LIBERIA |
| DECONTEE P. JACKLEY | 6-5-87 | LIBERIA | N/A | H | LIBERIA |
| PRINCE JACKLEY | 6-2-88 | LIBERIA | N/A | H | LIBERIA |
| | | | | | |
| | | | | | |
| | | | | | |

**Warning:**
The INS investigates information claimed on petitions and verifies the authenticity of documents. The INS seek criminal prosecutions when information or documents are falsified to obtain benefits.

**Documentation:**
All supporting documentation must be submitted in accordance with parts A., B., and C., Item number 6, in the instructions of this form.

**Penalties:**
You may, by law, be fined up to $250,000 or imprisoned up to five years, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws. Furthermore, you may be fined up to $10,000 or imprisoned up to five years, or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**D. Certification of Information and Authorization for Release of Information.**

**Your certification** *(must be signed in ink by both conditional permanent resident and petitioning spouse):*
We certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct, and that the marriage described above was entered into in accordance with the laws of the place where the marriage took place and not for the purpose of procuring the conditional permanent resident's entry as an immigrant. Furthermore, we authorize the release of any information from either or both of our records which the Immigration and Naturalization Service needs to determine eligibility for the benefit being sought.

Dave Jackley 7-29-91
*Signature of Conditional Permanent Resident* *Date*

Constance D. Jackley 7-29-9[illegible]
*Signature of Petitioning Spouse* *Date*

**Signature of Person Preparing Form, if Other than Above:**
I declare that I prepared this document at the request of the persons above and that it is based on all information of which I have any knowledge.

Dave Jackley (husband)
*Signature of Preparer* *Date*

7 Liberty SQ. #127 LYNN, MA 01901
Print Name and Address

Form I-751 (04/15/88)