U.S. Department of Justice
Immigration and Naturalization Service

OMB #1115-0004
Application to Replace Alien Registration Card

**START HERE - Please Type or Print**

**FOR INS USE ONLY**

## Part 1. Information about you.

ST ALBANS, VT 05479-0001

Family Name: JACKLEY | Given Name: DAVE | Middle Initial: P

U.S. Mailing Address - C/O
~~177 WENDELL STREET~~

Street Number and Name: 242 OXFORD ST | Apt. #: 3

City: PROVIDENCE

State: RHODE ISLAND | ZIP Code: ~~02909~~ 02905

Date of Birth (Month/Day/Year): 3-7-67 ✓ | Country of Birth: LIBERIA ✓

Social Security #: 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 | A #: 29055877 ✓

7/12/95 OB UFO

06/28/94 EAC-94-188-52799 EACLAL03

## Part 2. Application Type

1. **My status is:** (check one)
   a. ☑ Permanent Resident
   b. ☐ Conditional Resident
2. **Reason for application:** (check one)

**I am a permanent resident or conditional resident and:**

a. ☑ my card was lost, stolen, or destroyed. I have attached a copy of an *identity document*
b. ☐ I never received a card. I have attached a copy of an *identity document*
c. ☐ ~~my card is mutilated. I have attached the mutilated card.~~
d. ☑ my card was incorrect when issued. I have attached the incorrect card and evidence of the correct information. DOB INCORRECT
e. ☐ my name or other Biographic information has changed since the card was issued. I have attached my present card and evidence of the new information.

**I am a permanent resident and:**

f. ☐ my present card has an expiration date on it and is expiring. I have attached my present card.
g. ☐ I have reached my 14th birthday. I have attached my present card and a Finger-print Card (Form FD-258)
h. ☐ I was a commuter and am now taking up residence in the U.S. I have attached my present card and evidence of my residence in the U.S.
i. ☐ my status has been automatically converted to permanent resident. I have attached my Temporary Status Document.
j. ☐ I have an old edition of the card.

N/A

| Returned | Receipt |
|---|---|
| Resubmitted | |
| Reloc Sent | |
| Reloc Rec'd | |
| ☐ Applicant Interviewed | |

Status as IR6 verified by Amy
new Class Initials

FD-258 forwarded on
I-89 Forwarded on 8/10/95
11/11/89 m

Remarks

Action Block

APPROVED
I.N.S. RAC DIRECTOR
AUG 16 1995
Recommended by: A. Johnson
EAC 6061

## Part 3. Processing Information

| Mother's First Name: MARTHA | Father's First Name: JOHN |
|---|---|
| City of Residence where you applied for an Immigrant Visa or Adjustment of Status: NEWARK, NEW JERSEY | Consulate where Immigrant Visa was issued or INS office where status was Adjusted: NEWARK, N.J. |
| City/Town/Village of Birth: HARBEL MONROVIA - LIBERIA | Date of Admission as an immigrant or Adjustment of Status: 1988 |

To Be Completed by *Attorney* or *Representative*, if any
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

Form I-90 (Rev. 07/28/92)Y

*Continued on back.*

## Part 3. Processing Information (con't):

If you entered the U.S. with an Immigrant Visa, also complete the following:

Destination in U.S. at time of Admission: NEWARK, N.J.

Port of Entry where Admitted to U.S.: J.F. KENNEDY, N.Y.

Are you in deportation or exclusion proceedings? ☒ No ☐ Yes

Since you were granted permanent residence, have you ever filed Form I-407, Abandonment by Alien of Status as Lawful Permanent Resident, or otherwise been judged to have abandoned your status? ☐ No ☒ Yes

If you answer "yes" to any of the above questions , explain in detail on a separate piece of paper

## Part 4. Signature.

*(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

I certify under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Date | Daytime Phone Number |
|---|---|---|
| [signature] | 6-16-94 | (401) 831-0493 |

*Please Note: If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you cannot be found eligible for the requested document and this application may to be denied.*

## Part 5. Signature of person preparing form if other than above. *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | | | |

Firm Name and Address



☆ U.S. GPO:1993-301-164/92695

U.S. Department of Justice
Immigration and Naturalization Service

# I-90 PROCESSING SHEET

*To be Completed by INS Employee Pre-Screening Application*

*(Attach to Form I-90 Application when forwarding to Service Center)*

## APPLICATION

**Application form:**

☑ Form completed and signed. A# 29 055 877

**Application fee** *(Check one)*:

☐ Correct fee attached.

☐ Fee exempt.

☑ Fee receipted locally. *(Local receipt only required for cash.)*

**Photos:**

☑ Photographs are acceptable. *(If not, do not accept application.)*

**Sex** *(Check one)*:

☑ Male

☐ Female

**Card** *(Check one)*:

☐ Valid Form I-151 seen and returned to applicant; and copy attached to application. *(If Form I-151 looks questionable, check CIS to confirm status and attach screen print; if still questionable, refer to Investigations.)*

☑ Applicant has lost card. *(Check CIS before issuing any temporary document. If CIS checked, attached screen print to application.)*

☐ Applicant never received card.

## IDENTITY VERIFICATION

**Check one:**

☑ Documents confirm identity.

☐ Identity otherwise established. *(Where identity is not established at time of filing, refer applicant to Investigations for verification before accepting application.)*

## ADIT PROCESS

☑ ADIT processing completed. *(Signature, fingerprint, A-Number on Form I-89, Form I-89 attached.)* *(If new Form I-89 based on rejection of earlier Form I-89, attach a copy of alien's notice to this Form I-89 when forwarding to the Service Center.)*

**Remarks:** ______________________

*To be Completed by INS Employee Pre-Screening Application*

| Barbara Allard | 6/16/94 | RAFI Supervisor | PRO |
|---|---|---|---|
| *Signature* | *Date* | *Title* | *INS Office 3 Letter Code* |

FORWARD APPLICATION PACKAGE, INCLUDING PROCESSING SHEET AND I-89, NIGHTLY TO THE SERVICE CENTER.



*U.S. GPO: 1992-312-328/64892