# REPUBLIC OF LIBERIA

## MINISTRY OF HEALTH & SOCIAL WELFARE

## CERTIFICATE OF REGISTRATION OF BIRTH

Volume No. 9-A Page No. 298 Registration No. 5457

I, John M. Prall Registrar General of Births, Deaths and Burials at Ministry of Health and Social Welfare Monrovia, in the Republic of Liberia, do hereby Certify that I have this day Registered the Birth of:

David P. Jackley

Born at Firestone, Harbel, Margibi County

Time of birth — — 6:00 A.M. P.M.

On Wednesday the 7th day of March 196[illegible] Sex Male

Child of John Jackley and Martha Doe Georgia

Nationality Liberian Nationality Liberian

Given under my hand this 22nd day of August 1989

REGISTRAR GENERAL STATISTICS MINISTRY OF HEALTH BUREAU OF VITAL &

Registrar General

Official Seal

Bureau of Vital & Health Statistics

*Not Valid Without Official Seal*