U.S. Department of Justice
Immigration and Naturalizat S

OMB #111
Application for Naturaliz

**START HERE - Please Type or Print**

**FOR INS**

## Part 1. Information about you.

(1) PHILDESCO

Family Name: JACKLEY
Given Name: DAVE
Middle Initial: P

U.S. Mailing Address - Care of: 11 Bel View Av Providence, RI

Street Number and Name: P.O. BOX 27715
Apt. #:

City: PROVIDENCE
County: U.S.A

State: RHODE ISLAND
ZIP Code: 02907

Date of Birth (month/day/year): 3-7-67
Country of Birth: LIBERIA

Social Security #: 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
A #: 29055877

## Part 2. Basis for Eligibility (check one).

401 621 8814

a. ☒ I have been a permanent resident for at least five (5) years.
b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years. (2)
c. ☐ I am a permanent resident child of United States citizen parent(s).
d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B
e. ☐ Other. (Please specify section of law)

## Part 3. Additional information about you.

Date you became a permanent resident (month/day/year): 1989
Port admitted with an immigrant visa or INS Office where granted adjustment of status: NEW YORK, J.F.K. AIRPORT

Citizenship: LIBERIA

Name on alien registration card (if different than in Part 1): SAME

Other names used since you became a permanent resident (including maiden name): NONE

Sex: ☒ Male ☐ Female
Height: 5-10
Marital Status: ☒ Single ☐ Married ☒ Divorced ☐ Widowed

Can you speak, read and write English? ☐ No ☒ Yes. (3)

**Absences from the U.S.:** MA DL is expired  I turned it in at RI registry

Have you been absent from the U.S. since becoming a permanent resident? ☐ No ☒ Yes.

If you answered **"Yes"**, complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| 6/93 | 12/93 | ☒ Yes ☐ No | FRANCE | SEE RELATIVE |
| 12/95 | 1/96 | ☐ Yes ☒ No | LIBERIA | SEE RELATIVE |
| 12/97 | 1/98 | ☐ Yes ☒ No | LIBERIA | SEE RELATIVE |
| Nov 98 | 1/30/99 | ☐ Yes ☒ No | Liberia | See Family |
| Nov 99 | 1/13/00 | ☐ Yes ☒ No | Liberia | See Family |
| (4) | | ☐ Yes ☐ No | | |

Form N-400 (Rev 07/17/91)N

Continued on back.

Returned

Resubmitted

Reloc Sent

Reloc Rec'd

☐ Applicant Interviewed

PROVIDENCE, RI 02903

U.S.I.N.S.
FEE RECEIPT
A CENTURY OF SERVICE

03/30/98 PROV
29055877*#
JACKLEY, DAVE #
N-400 95.0
SUBTTL 95.0
M.O. 95.0
1 ITEMS
0036001 14

At interview
☐ request naturalization ceremony at court

Remarks

IBIS
IBIS OK [signature] INIT 8/7/02 DATE
IITS RESOLVED INIT DATE
IITS NOT RESOLVED INIT DATE
IBIS CHECK VALID FOR 35 DAYS ONLY

ASCFP 3/30/98

Action

DENIED

To Be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

## Part 4. Information about your residences and employment.

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

I ALSO LIVES IN MASS AND N.J.

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From | To |
|---|---|---|
| 22 DARTMOUNT AVENUE, PROVIDENCE, RHODE ISLAND, 02907 | MARCH 98 | PRESENT |
| 242 OXFORD STREET, PROVIDENCE, RHODE ISLAND, 02905 | JUNE 96 | 3/98 |
| 96 MAWNEY STREET, PROVIDENCE, RHODE ISLAND, 02907 | JULY, 93 | 8/96 |
| 177 WENDELL STREET, PROVIDENCE, RHODE ISLAND, 02909 | 8/93 | 12/94 |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper. SC Rehab Center Norton, MA 508 286 5944 Feb 00 Present Behavioral Therapist

Fuller Hospital South Attleboro 508 761 8500 Mental Health Specialist

| Employer's Name | Employer's Address (Street Name and Number - City, State and ZIP Code) | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| VERSA CARE | 7 FOREST ST. ATTLE, MA. 02703 | 3/98 | PRESENT | COUNSELOR |
| EVERGREEN CENTER | 345 FORTUNE BLVD. MILFORD MASS | 6/97 | 11/97 | TEACHER ASST. |
| B.R. INSTITUTE | CANTON, MASS. | 2/97 | 6/97 | TEACHER ASST. |
| JOHN FOGARTY CENT. | NORTH PRO R.I. | 1/96 | 1/98 | DIRECT CARE |

## Part 5. Information about your marital history.

A. Total number of times you have been married 1. If you are now married, complete the following regarding your husband or wife.

| | | |
|---|---|---|
| Family name: Jackley | Given name: Costumage | Middle initial |
| Address: New Jersey | Divorced in 1993 | |
| Date of birth (month/day/year) | Country of birth | Citizenship |
| Social Security# | A# (if applicable) | Immigration status (If not a U.S. citizen) |
| Naturalization (If applicable) (month/day/year) Comfort Vonleh mother | Place (City, State) | Yarota Zeigler |

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

Total Number of Children 5. Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| JEREMIE JACKLEY | 7/25/90 | U.S.A. | U.S.A. | | LYNN, MASSACHUSETTS |
| ERICA JACKLEY | 2/9/96 | U.S.A | U.S.A | with me | 242 OXFORD ST. PRO. R.I. |
| PRINCE JACKLEY | 6/2/88 | LIBERIA | LIBERIA | | LIBERIA, W. AFRICA |
| JACQUELINE JACKLEY | 4/5/85 | LIBERIA | LIBERIA | | LIBERIA, W. AFRICA |
| DECONTEE P. JACKLEY | 6/5/87 | LIBERIA | LIBERIA | | LIBERIA, W. AFRICA |
| | | Chris ANSAH | | | |
| Chris Ansah Chris Ansah | | | | | |

Form N-400 (Rev. 07/17/91)N

Continued on next page

*Continued on bac..*

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is **"Yes"**, explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism? ☐ Yes ☑ No
2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
   a. The Nazi Government of Germany? ☐ Yes ☑ No
   b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany? ☐ Yes ☑ No
3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion? ☐ Yes ☑ No
4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☑ No
5. Have you ever failed to comply with Selective Service laws? ☐ Yes ☑ No
   If you have registered under the Selective Service laws, complete the following information: ☐ Yes ☑ No
   Selective Service Number:__________ Date Registered:__________
   If you registered before 1978, also provide the following:
   Local Board Number:__________ Classification:__________
6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons? ☐ Yes ☑ No
7. Have you ever deserted from the military, air or naval forces of the United States? ☐ Yes ☑ No
8. Since becoming a permanent resident, have you ever failed to file a federal income tax return? ☐ Yes ☑ No
9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident? ☐ Yes ☑ No
10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation? ☐ Yes ☑ No
11. Have you ever claimed in writing, or in any way, to be a United States citizen? ☐ Yes ☑ No
12. Have you ever: *U otted! NO (8)*
    a. been a habitual drunkard? ☐ Yes ☑ No
    b. advocated or practiced polygamy? ☐ Yes ☑ No
    c. been a prostitute or procured anyone for prostitution? ☐ Yes ☑ No
    d. knowingly and for gain helped any alien to enter the U.S. illegally? ☐ Yes ☑ No
    e. been an illicit trafficker in narcotic drugs or marijuana? ☐ Yes ☑ No
    f. received income from illegal gambling? ☐ Yes ☑ No
    g. given false testimony for the purpose of obtaining any immigration benefit? ☐ Yes ☑ No *(9) yes, but child support statement is not fraudulent*
13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution? ☑ Yes ☐ No
14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State? ☐ Yes ☑ No
15. Have you ever: ☐ Yes ☑ No
    a. knowingly committed any crime for which you have not been arrested? ☑ Yes ☐ No *2 year probation (10)*
    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations? ☑ Yes ☐ No *arrested in 1989 aggravated assault in NJ*

( If you answer yes to 15 , in your explanation give the following information for each incident or occurrence the **city**, **state**, and **country**, where the offense took place, the **date** and **nature** of the offense, and the **outcome** or **disposition** of the case).

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is **"NO"**, attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.? ☑ Yes ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions) ☑ Yes ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.? ☑ Yes ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.? ☑ Yes ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction? ☑ Yes ☐ No



*Continued on back*

## Part 9. Memberships and organizations.

A. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

NONE

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens? ☐ One ☐ Both (Give the following about one U.S. citizen parent:)

Family Name | Given Name | Middle Name

Address

Basis for citizenship: ☐ Birth ☐ Naturalization Cert. No.

Relationship to you (check one): ☐ natural parent ☐ adoptive parent ☐ parent of child legitimated after birth

If adopted or legitimated after birth, give date of adoption or, legitimation: *(month/day/year)* ____________

Does this parent have legal custody of you? ☐ Yes ☐ No

*(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)*

## Part 11. Signature. *(Read the information on penalties in the instructions before completing this section).*

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

**Signature** Dave Jackley **Date** 3-18-98

**Please Note:** *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.*

## Part 12. Signature of person preparing form if other than above. *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

**Signature** Dave Jackley **Print Your Name** DAVE JACKLEY **Date** 3-18-98

Firm Name and Address 22 DARTMOUTH AVE. PRO. R. I. 02907

**DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW**

I swear that I know the contents of this application, and supplemental pages 1 through 12, that the corrections , numbered 1 through 10, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

Dave Jackley
*(Complete and true signature of applicant)*

Subscribed and sworn to before me by the applicant. 18

[signature]
*(Examiner's Signature )*

Date [handwritten]

U.S. GOVERNMENT PRINTING OFFICE : 1997 O - 176-348

Form N-400 (Rev 07/17/91)N

