U. S. DEPA[RTME]NT OF JUSTICE

Immigration and Naturalization Service

**DECISION ON APPLICATION FOR NATURALIZATION**

Date: FEB 20 2001

**Dave Jackley**
**P.O. Box 27715**
**Providence, Rhode Island 02907**

*Immigration and Naturalization Service*
*200 Dyer Street*
*Providence, R.I. 02903*

PLEASE REFER TO THIS FILE NUMBER

*A # 29 055 877*

## DECISION

On 4/18/00, you appeared for an examination on your application for naturalization, which was filed in accordance with Section 316 of the Immigration and Nationality Act. Pursuant to the investigation and examination of your application, it is determined that your application be denied for the following reason(s): **lack of prosecution**. Accordingly, your application is hereby denied pursuant to Title Eight, Section 316.2(b) of the Code of Federal Regulations.

**SEE ATTACHED SHEET**

**This decision is made without prejudice toward the filing of a new application in the future.**
**It is noted that you may be eligible to apply for naturalization again on or after: anytime**

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, you must file a request for a hearing within **30 days** of the date of this notice. If no request for a hearing is filed within the time allowed, this decision is **final.** A request for a hearing may be made to the District Director, with the Immigration and Naturalization Service Office that made this decision, on **Form N-336** with a fee of **$170.00.** A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Any questions which you have may be answered by the Service office nearest your residence, or at the address shown in the heading to this letter.

Sincerely,

Jeffrey D. Trecartin
Officer-in-Charge

☒ Enclosure(s) N-336
cc:
By Certified Mail:
BY:
Form N-336

## ATTACHMENT TO FORM N-335

File Number: A # 29 055 877

Date:

Attached is a copy of form N-14 requesting additional documents. You have failed to provide within a reasonable period of time all such documents, information, or testimony deemed by the Service to be necessary to establish your eligibility for naturalization.

Accordingly, your application for naturalization is hereby denied pursuant to Title Eight, Section 335.7 of the Code of Federal Regulations (8CFR).

U.S. Departm[illegible] [illegible]tice
Immigration and Na[illegible]alization Service
200 Dyer Street
Providence, RI
02903

Dave Jackley

File No. 29 055 877

Date 4/18/00

Examination of the (enclosed) application N-400
shows that certain additional information, documents, or forms are needed before your application can be acted upon. To help you in that connection, we have checked [√], in red in this letter the items which need your attention. Please read those items, and, when you are able to comply with them, RETURN THIS LETTER with the requested information, documents, and forms. We will then complete processing of your application.

- ☐ Unless you furnish the requested information or document(s) checked [√], it will be necessary to recommend to the court that your petition for naturalization be denied for lack of prosecution.
- ☐ The application form you have submitted is obsolete. Complete and return the enclosed new application.
- ☐ Send money order or check for $ ________ made payable to the Department of Justice, Immigration and Naturalization Service. Do not send cash or postage stamps.
- ☑

— See Attached —

RECEIVED
IMMI & NATZ. SERVICE
00 MAY 30 AM 11:22
PROVIDENCE, RI 02903

Form N-14
(Rev. 12-31-82) Y

(Over)

Attachment to Form N-335
A 29 055 877
Dave Jackley

You are requested to submit, no later than June 1, 2000, the following evidence in support of your N-400 application for naturalization :

1) Evidence of Child Support for Jeremie, Erica. Prince, Jacqueline and Decontee. Please provide copies of receipts which clearly indicate that regular payments are being made. A signed notarized statement from the guardian of each child is also suggested.

2) Please submit an original court certified final disposition for any and all arrests.

3) Your original birth certificate. It will be returned to you by certified mail.

4) IRS Certified Copies of your US Federal Income Tax Returns for the years 1998 and 1999.

5) Copies of recent utility bills for your address at 11 Belview Ave, Providence, RI.

6) Completed form ER-720 certifying that copies of all documents submitted are exact photocopies of unaltered original documents.

Be sure to include a copy of this notice.