**U.S. Department of Justice**
Immigration and Naturalization Service

U.S.I.
FEE REC
A CENTURY OF

## Request for Hearing on a Decision Naturalization Proceedings Under Section 336 of the Act

Decision: ☐ Grant
☒ Denial

Fee:

04/02/01

**1. In the Matter of:** (Name of Naturalization Applicant)

File Number: A - 29055 8

29055877*#
JACKLEY*DAVE
N-336
SUBTTL
M.O. 17

**2. I am filing a request for hearing on the decision dated:** look for Ro

**3. Please check the one block which applies:**

☑ I am *not submitting* a separate brief, statement or evidence.

1

☑ I *am submitting* a separate brief, statement and/or evidence with this for

0032002

☐ I need ____________ days to submit a brief, statement and/ to INS. (May be granted only for good cause shown. Explain in a separate

**4. Person Filing Request:**

Name (Please type or print)
DAVE P. JACKLEY

Address (Street Number and Name) (Apt. Number)
P. O. BOX 27715

(City) (State) (ZIP Code)
PROVIDENCE R.I. 02907

Signature Date (Month/Day/Year)
Dave Jackley 2-28-01

☐ I am an attorney or representative and I represent: *You must attach a Notice or Entry or Appearance (Form G-28) if you are an attorney or representative and did not previously submit such a form.*

(Person for whom you are appearing)

**5. Briefly, state the reason(s) for this request for a hearing:**

I AM ASKING FOR FORGIVENESS, MY DOCUMENTS are included in Package

RECEIVED
IM. & NATZ. SERVICE
01 MAR -1 AM 11:26
MAILROOM
PROVIDENCE, RI 02903



*U.S. GPO: 1997-417-729/65665