3/7/07

U.S. Department of Justice
Immigration and Naturalization Service

**Request for Hearing on a Decision Naturalization Proceedings
Under Section 336 of the Act**

| Decision: ☐ Grant ☐ Denial | Fee: |
|---|---|
| **1. In the Matter of:** (Name of Naturalization Applicant) Dave Phildesco Jackley | File Number: A 029 055 877 |

RS

**2. I am filing a request for hearing on the decision dated:** FEBRUARY 06-200

DEPT OF HOMELAND SEC
CIS PROVIDENCE
RETAIN THIS RECEIPT
Mar 8/06
9:11AM PRO-JH
00-0001 001
#21079

**3. Please check the one block which applies:**

☒ **I am *not submitting*** a separate brief, statement or evidence.
☐ **I *am submitting*** a separate brief, statement and/or evidence with this form.
☐ I need ________________ days to submit a brief, statement and/or evidence to INS. (May b[e granted] only for good cause shown. Explain in a separate letter.)

**4. Person Filing Request:**

Name (Please type or print) DAVE JACKLEY

Address (Street Number and Name) P. O. BOX 27715 (Apt. Number)

(City) PROVIDENCE (State) R.I. (ZIP Code) 029[..]

Signature Dave Jackley Date (Month/Day/Year) 3/6/06

290558
JACKL
D
A #
Last Name
First Name
$265.
N-336
$2
Check
OFFICI
Docume

☐ I am an attorney or representative and I represent: *You must attach a Notice of Entry of Appearance (Form G-28) if you are an attorney or representative and did not previously submit such a form.*

(Person for whom you are appearing)

**5. Briefly, state the reason(s) for this request for a hearing:**

I am asking INS to reconsider me for citizenship because, I was denied the Second time for the Similar things I am again denied. One of my letter of denial was that I didn't Know that when you were denied the first time and again

RECEIVED
& NATZ. SERVICE
06 MAR -7 PM 2:03
MAILROOM
PROVIDENCE

Form N-336 (Rev. 10/24/91) N

U.S. Department of Homeland Security
DENIED
JAN 1 9 2007
Citizenship and Immigration Services
004587

1

applying the Second time whether you still need to State that you were denied. It was my fault to let the Interviewer know that I was denied before for citizenship, I am also asking INS to please reconsider their decision to grant me the citizenship.
INS also revealed that Jeremy wasn't on my form when I filed the very first time. Jeremy was born in 1990 July 26, this is the reason his name didn't appear on the form.
I am asking the INS to reconsider their decision because I probably misunderstood my interview about me never lied under oath. These and other mistakes I agree and took blames for. I has proven to be a good citizen since I entered the United States, maybe these mistakes that I made were communicateon barrels that due to my understanding and misunderstanding.
I've been here in the United States over 20 years and was only involved in trouble once because I was at the wrong place at the wrong time in which I bear the consequence for since then I have never been in trouble.
I am also asking for forgiveness and reconsiderati because of my goodwill and a good role model. I am sorry for what I did in the past and I realized my mistakes and since proven to be

2)

a peron of good moral character, I have no criminal history since I expunged the one in 1988.

I am asking INS to reconsider her decision because I have realized my mistakes and I will also let other people know that if you don't understand, never make decision when you don't understand what was said. I will make sure to spread the word that if in doubt, ask.

I am also asking INS to please reconsidered me because I also intend to work for the federal government. I pray that INS reconsidered her decision and grant me my citizenship as gods above all.

Thanks
Dave Jackley

I am not fighting this case, I'm only asking for reconsideration, the communication barrels was due to my mistake and I also didn't ask question(s) when I was indoubt.

Dave Jackley
P.O. Box 27715
PRO. R.I. 02907

PROVIDENCE RI
MAR 06 2006

UNITED STATES POSTAGE
THIRTY-NINE CENTS

U.S. Department of Homeland Security
200 Dyer Street
Providence
Rhode Island
02903