10:34 TECS II EXTERNAL MESSAGE DISPLAY 06062007 T2MD0611
T2PD0634

QUEUE TYPE: PERSONAL QUEUE NAME: QYAX
MSG STATUS: NACK

******************* TEXT OF MESSAGE ***************** PAGE 02 ***************
*****************************************************************************
*

*
*

* ******* WARNING ******** WARNING ********
*

*
*

* THIS INFORMATION IS CORI. IT IS NOT SUPPORTED BY FINGERPRINTS.
*

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
PF16(NEXT MSG). PF19(MSG LOG) PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

Case 1:07-cv-00093-ML-DLM Document 8-19 Filed 06/07/2007 Page 2 of 6

QUEUE TYPE: PERSONAL QUEUE NAME: QYAX
MSG STATUS: NACK

******************** TEXT OF MESSAGE **************** PAGE 03 ***************

*PLEASE CHECK THAT THE NAME REFERENCED BELOW MATCHES THE NAME AND DATE OF BIRTH
*

*OF THE PERSON REQUESTED.
*

*
*

**********************************************************************************
*

********** COMMONWEALTH OF MASSACHUSETTS **********

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
PF16(NEXT MSG). PF19(MSG LOG) PF18=(REROUTE)

USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

10:34 TECS II EXTERNAL MESSAGE DISPLAY 06062007 T2MD0611
T2PD0634

QUEUE TYPE: PERSONAL QUEUE NAME: QYAX
MSG STATUS: NACK

******************** TEXT OF MESSAGE **************** PAGE 04 ***************

CRIMINAL HISTORY SYSTEMS BOARD

*** PERSONS COURT SUMMARY ***

NAM: JACKLEY, DAVID FORMAL-NAM: DAVID PCF: 0000190977
2

DOB: 03/07/67 SEX: M RAC: B POB: LIBERIA SSN: 037647606

MOM:MARTHA POP:JOHN HGT: 511 WGT: 160 HAI: BLK EYE: BRO
MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
PF16(NEXT MSG). PF19(MSG LOG) PF18=(REROUTE)

USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

QUEUE TYPE: PERSONAL QUEUE NAME: QYAX
MSG STATUS: NACK

******************** TEXT OF MESSAGE **************** PAGE 05 ***************

ADDRESS: 11 BELLEVUE AVE PROVIDENCE RI

***** ***** ***** ***** ADULT APPEARANCES ***** ***** ***** *****

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
PF16(NEXT MSG). PF19(MSG LOG) PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

10:34 TECS II EXTERNAL MESSAGE DISPLAY 06062007 T2MD0611
T2PD0634

QUEUE TYPE: PERSONAL QUEUE NAME: QYAX
MSG STATUS: NACK

******************* TEXT OF MESSAGE **************** PAGE 06 ***************

ARRAIGNMENT: (001)

ARG-DATE: 07/15/99 PD: NOA COURT: ATTLEBORO DISTRICT DKT#: 9934CR2327
A

OFF: LEAVING SCENE:PROPERTY DAMGE 113A

DISP: C 8/20/99 CWOF 2/18/2000 REST VWF PD DISM STATUS: C WPD:

ARRAIGNMENT: (002)

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
PF16(NEXT MSG). PF19(MSG LOG) PF18=(REROUTE)

USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)

10:34 TECS II EXTERNAL MESSAGE DISPLAY 06062007 T2MD0611
T2PD0634

QUEUE-TYPE: PERSONAL QUEUE NAME: QYAX
MSG STATUS: NACK

******************** TEXT OF MESSAGE **************** PAGE 07 ***************

ARG-DATE: 11/08/91 PD: COURT: SALEM DISTRICT DKT#: 9136CR4564
A

OFF: FUGITIVE FROM JUSTICE FUG JUS

DISP: C 11/19/91 DISM STATUS: C WPD:

***** ***** ***** **** END OF ADULT APPEARANCES ***** ***** ***** *****

MESSAGE IS DISPLAYED. DEPRESS PF5(MSG INDEX) PF9(PREV SCRN) PF14(ACKD MSG)
PF16(NEXT MSG). PF19(MSG LOG) PF18=(REROUTE)
USE PF KEYS TO CONTINUE
(PF1=HELP)(PF3=MAIN MENU)(PF4=PREV MENU)(PF7=PREV PAGE)(PF8=NEXT PAGE)