STATE OF RHODE ISLAND
AND
PROVIDENCE PLANTATIONS

**FAMILY COURT**
**FINAL JUDGMENT**
**(G.L. 15-5-3 Living Separate and Apart)**

DR 10

| | | |
|---|---|---|
| COUNTY<br>PROVIDENCE | | CIVIL ACTION – FILE NO.<br>P95-0105 |
| PLAINTIFF<br>DAVE JACKLEY | VS. | DEFENDANT<br>CONSTANCE JACKLEY |

**The findings of fact are contained in the decision pending entry of final decree and incorporated herein:**

( ) answered

(X) unanswered

This action came on for trial before the Court, Justice O'Brien presiding, and the issues having been tried and a decision having been duly rendered in favor of Plaintiff/~~Defendant~~ on the 22nd day of March, , 19 95 .

NOW THEREFORE, twenty (20) days having expired from the entry of the DECISION PENDING ENTRY OF FINAL JUDGEMENT (G.L. 15-5-3) upon the grounds of having lived separate and apart from each other for the space of at least three (3) years, and no appeal having been taken, or extension of any appeal been granted, it is ordered, adjudged, and decreed that the bond of matrimony now existing between the parties be, and the same is, hereby dissolved upon the said ground of living separate and apart as aforesaid.

1. Plaintiff's Complaint for divorce is granted on the grounds of living separate and apart for greater than three years.

2. Plaintiff is permitted to waive alimony Defendant being defaulted is denied alimony.

3. The parties have divided their personal property to their mutual satisfaction.

☐ Check this box if a continuation page is used.

Dated at Providence, Rhode Island, this 25th day of April , 19 95.

Approved: [signature] 4/21/95
JUSTICE OF THE FAMILY COURT

Entered: [signature], Deputy
CLERK OF COURT

Presented by attorney for prevailing party:

Attorney's Name (Printed): John S. Coughlin, Esquire
One Davol Sq., Suite 100
Providence, RI 02903

Attorney's Signature: [signature]

TRUE COPY ATTEST