UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVE JACKLEY

v. CA 07-093 ML

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES

MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Dismiss. Plaintiff has not filed a response. The Court, therefore, treats Defendant's Motion as being unopposed. The Court has reviewed the Motion, Memorandum in Support of the Motion, and attachments. Having done so, this Court concludes that the Motion to Dismiss ought to be, and it is hereby, GRANTED for the reasons set forth in Defendant's papers.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 28, 2007