# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**DAVE JACKLEY**

**VS.** **C.A. NO. 07-093ML**

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, United States Citizenship and Immigration Services, against the plaintiff, Dave Jackley, pursuant to the Memorandum and Order dated June 28, 2007 GRANTING defendant's Motion to Dismiss.**

Enter:
Barbara Barletta
Deputy Clerk

DATED: June 28, 2007